UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ARIEL CASTRO ARRENDONDO,

Defendant.

**ORDER**

21 Cr. 741 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment of Defendant Ariel Castro Arrendondo will take place on **December 15, 2021 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       December 9, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge