UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ARIEL CASTRO ARRENDONDO,<br><br>Defendant. | **ORDER**<br><br>21 Cr. 741 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment of Defendant Ariel Castro Arrendondo previously scheduled for December 15, 2021 at 10:30 a.m. will instead take place at **December 15, 2021 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge