UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ARIEL CASTRO ARRENDONDO,

Defendant.

**ORDER**

21 Cr. 741 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A status conference in the above-entitled matter will take place on Thursday,

January 6, 2022 at 2:00 p.m. in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        January 5, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge