UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ARIEL CASTRO ARRENDONDO,<br><br>Defendant. | **ORDER**<br><br>21 Cr. 741 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        A status conference in the above-entitled matter will take place on Monday, March 21, 2022 at 2:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 6, 2022

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge