

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2022

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Castro Arrendondo*, 21 Cr. 741 (PGG)

Dear Judge Gardephe:

      The parties jointly submit this letter requesting an adjournment of the next pretrial conference, currently scheduled for June 27, 2022, for a period of approximately 30 days. The Government and defense counsel are currently in discussion regarding a pre-trial disposition in this case. The parties anticipate that a resolution will be reached within that period of time. The parties therefore further request that the Court schedule a plea hearing following the requested adjournment.

      In light of the parties current discussions regarding a pre-trial disposition in this case, the Government moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), for a period of approximately 30 days. The exclusion of time will permit the parties to engage in discussions regarding a pretrial disposition. The Government respectfully submits that the ends of justice served by the exclusion of time outweigh the interests of the defendant and the public in a speedy trial. The defense consents to this application.

**Memo Endorsed:** The conference currently scheduled for June 27, 2022 will instead take place on **Wednesday, July 27, 2022 at 10:30 a.m.** With the consent of the Defendant, time will be excluded under the Speedy Trial Act. This Court finds that the granting of such continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the Defendant and the Government to continue engaging in plea negotiations.
Dated: June 23, 2022

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
    Mitzi S. Steiner
    Assistant United States Attorney
    (212) 637-2284