UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARIEL CASTRO ARRENDONDO,

Defendant.

**ORDER**

21 Cr. 741 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, with defendant Ariel Castro Arrendondo's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 22, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:      New York, New York
            October 21, 2022

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK