UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARIEL CASTRO ARRENDONDO,

Defendant.

**ORDER**

21 Cr. 741 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **Wednesday, December 14, 2022 at 2:00 p.m.** Any submissions on behalf of the Defendant are due on November 23, 2022, and any submission by the Government is due on November 30, 2022.

Dated:   New York, New York
         October 21, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge